# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00435-CV

**In re Texas Alcoholic Beverage Commission and Sherry Cook,
in her Official Capacity as TABC Administrator**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  *See* Tex R. App. P. 52.8(a).  Relators'

emergency motion to stay and for expedited consideration is dismissed as moot.

_____

Bob Pemberton, Justice

Before Justices Pemberton, Goodwin, and Field

Filed:   June 21, 2013